JOSEPH S. DeGESUALDO, PETITIONER, v. ROGER W. CRIST, WARDEN, MONTANA STATE PENITENTIARY, RESPONDENT.

No. 12717.
Decided April 5, 1974.
520 P.2d 1087.

Arnold A. Berger, Billings, argued, for petitioner.

Diane G. Barz, Dep. County Atty., Billings, argued, for respondent as did Thomas J. Beers, Asst. Atty. Gen.

ORDER

PER CURIAM:

Petitioner seeks a writ of habeas corpus seeking release from the State Prison. We ordered an adversary hearing on the application. Such hearing was held. At the hearing it developed that the facts relied upon by petitioner in his application were not borne out by the record. Other grounds have been previously ruled upon by this Court in State v. DiGiallonardo and DeGesualdo, 160 Mont. 379, 503 P.2d 43.

Accordingly, the application is denied.